UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 13-227 |
| AKEIN SCOTT | * | SECTION: "B" |

## AMENDED NOTICE OF APPEAL TO THE FIFTH CIRCUIT COURT OF APPEALS FROM THE FINAL ORDER OF THE DISTRICT COURT

In its initial Notice of Appeal filed by undersigned this the 6th day of April 2016, undersigned counsel captioned the incorrect case number, to wit: 12-227. Undersigned counsel, hereby amends said notice to include the correct case number.

Notice is hereby given that AKEIN SCOTT, defendant herein, appeals to the United States Court of Appeals from the judgment of the United States District Court, Honorable , Ivan L.R. Lemelle, United States District Judge. The United States District Court rendered its sentence on March 29, 2016.

According to Rule 4(b)(1)(A) of the Rules of Appellate Procedure, notice of appeal in a criminal case is to be filed with the Clerk of the District Court within fourteen days "after the entry of the judgment or order appealed from."

WHEREFORE, this Notice of Appeal is timely filed and hereby notified the Court of Mr. Scott's desire to appeal said final judgment to the Fifth Circuit Court of Appeals.

Respectfully submitted, this the 6th day of April, 2016.

/s/ Julie C. Tizzard
JULIE C. TIZZARD, #26132
Attorney for Akein Scott
700 Camp Street, Ste. 101
New Orleans, LA 70130
(504) 529-3774
Email:  julietizzard@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:  Matthew Payne, Assistant United States Attorney, 650 Poydras Street, Suite 1600, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  Akein Scott, Nelson Coleman Correctional Center, 5061, LA-3127, Kilona, La 70057.

/s/ Julie C. Tizzard
JULIE C. TIZZARD

Attorney for Akein Scott